

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-1-2007

# USA v. Gwinnett

Precedential or Non-Precedential: Precedential

Docket No. 06-1766

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Gwinnett" (2007). *2007 Decisions.* Paper 1048.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1048

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 06-1766

_____

UNITED STATES OF AMERICA

v.

ANGELICA GWINNETT,
                              Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 03-cr-00638-1)
District Judge: Honorable Katharine S. Hayden

_____

Before: SLOVITER and AMBRO, Circuit Judges, and BRODY,[*] District Judge

_____

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in this case, filed April 26, 2007, be

amended as follows:

Page 8, line 23 - delete the word "was" after the words "District Court," and

insert the word "a" after the word "in" so that the line will now read, "District Court, in a

dialog with her attorney, referred to the. . . ."

By the Court,


/s/   Dolores K. Sloviter
Circuit Judge

Dated: 1 May 2007

_____

[*] Hon. Anita B. Brody, United States District Court for the Eastern District of
Pennsylvania, sitting by designation.